UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                                   Crim. File No. 05-117 (PAM/RLE)

                Plaintiff,

v.                                                                          **ORDER**

Thomas Michael Polt,

                Defendant.

---

This matter is before the Court on Defendant Thomas Michael Polt's Motion for Extension of Surrender Date. The Motion is granted. Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant Thomas Michael Polt's Motion for Extension of Surrender Date (Docket No. 33) is **GRANTED**;

2. Defendant shall voluntarily surrender to the Office of the United States Marshal in Minneapolis or at such other place as the Marshal designates on Friday, May 26, 2006, at or before 11:00 a.m.; and

3. Until his surrender, Defendant shall report regularly to Pretrial Services and comply with all requirements imposed by Pretrial Services.

Dated: April 20, 2006

                                                                         s/ Paul A. Magnuson
                                                                         Paul A. Magnuson
                                                                         United States District Court Judge